UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAABIR ABDULLAH, #217662,

        Plaintiff,

                                        File No:  1:12-CV-950

v.

                                        HON. ROBERT HOLMES BELL

ROBERT DEMORY, et al.,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 10, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendants' motions to dismiss for lack of prosecution (Dkt. Nos. 29, 33) be granted, and that Plaintiff's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed with prejudice. (Dkt. No. 36.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

    **IT IS HEREBY ORDERED** that the June 10, 2013, R&R (Dkt. No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendants' motions to dismiss for lack of prosecution (Dkt. Nos. 29, 33) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.


Dated:  July 12, 2013                                                  /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE